| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

PATRICIA SWITZER, §
　　　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　　　§
*versus* § CIVIL ACTION NO. 1:18-CV-066
　　　　　　　　　　　　　　§
LOREN TIMOTHY BEACH and §
BEACH TRANSPORT, INC., §
　　　　　　　　　　　　　　§
　　　　　Defendant. §

**FINAL JUDGMENT**

In accordance with the Jury Verdict (#74), filed August 07, 2019, the court enters final judgment in favor of the Defendants. Plaintiff Patricia Switzer shall take nothing by her suit.

THIS IS A FINAL JUDGMENT.

**Signed this date**

Aug 16, 2019

*(signature: Marcia A. Crone)*

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE